El Pueblo, Apelado, *v.* Laguerra, Apelante.

Corte de Distrito de Arecibo.

No. 1919.—Resuelto abril 25, 1922.

Revocada la sentencia y sobreseída la acusación, por infracción del artículo 448 del Código de Enjuiciamiento Criminal. *El Pueblo* v. *Otero,* resuelto en abril 7, 1922. El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.

---

Berríos, Peticionario, Apelante, *v.* La Asamblea Municipal de Yabucoa et al., Apelados.

Corte de Distrito de Humacao.

No. 2616.—Resuelto en mayo 26, 1922.

Cuando la sentencia es *prima facie* correcta es el apelante quien tiene que probar la existencia de cualquier error que sea evidente por si mismo. No incumbe al Tribunal Eupremo analizar los principios generales de derecho establecidos por la corte inferior con citas de autoridades a fin de descubrir errores ocultos que pudieran justificar una revocación. *Confirmada.* El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

---

Hernández, Apelante, *v.* Hernández, Apelada.

Corte de Distrito de Ponce.    Cobro de dinero.

No. 2547.—Resuelto en junio 16, 1922.

La prueba resultó contradictoria y el conflicto fué decidido por la corte a favor del demandante, sin que se haya demostrado pasión prejuicio o parcialidad y tampoco manifiesto error. *Confirmada.* El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.